IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORD ROBIN DOLIN | : CIVIL ACTION |
| | : |
| | : |
| v. | : |
| | : NO. 15-01528 |
| CAROLYN W. COLVIN | : |

## ORDER

**AND NOW,** this 8th day of July 2016, upon consideration of Plaintiff's Request for Review (ECF Doc. No. 8), Defendant's response, extensive review of the administrative record, Judge Thomas J. Rueter's detailed April 21, 2016 Report and Recommendation (ECF Doc. No. 14), Plaintiff's Objections to the Report (ECF Doc. No. 15), Commissioner's Response (ECF Doc. No. 17), Plaintiff's Reply (ECF Doc. No. 18) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Judge Rueter's April 21, 2016 Report and Recommendation (ECF Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (ECF Doc. No. 8) is **DENIED;**

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.